1

2

3

4

5

6

7

8

9                      **UNITED STATES DISTRICT COURT**

10           **CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION**

11

12   RAY L. DOTY,                    )   Case No. SA CV 15-507-AS
                                     )
13                 Plaintiff,        )       **JUDGMENT**
                                     )
14        v.                         )
                                     )
15   CAROLYN W. COLVIN,              )
     Acting Commissioner of the     )
16   Social Security Administration,)
                                     )
17                 Defendant.        )
                                     )
18   ─────────────────────────────

19        IT IS ADJUDGED that this action is DISMISSED with prejudice.

20

21   Dated: March 18, 2016.

22

23                                   _____/s/_____
                                          ALKA SAGAR
24                                   UNITED STATES MAGISTRATE JUDGE

25

26

27

28